The People of the State of New York ex rel. John
Buhler, Appellant, *v.* Burt J. Humphrey, as County
Judge of Queens County, Respondent.

*People ex rel. Buhler* v. *Humphrey*, 95 App. Div. 633, affirmed.
(Argued February 20, 1905; decided March 7, 1905.)

Appeal from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
June 24, 1904, which affirmed an order of Special Term
denying a motion for a peremptory writ of mandamus to

compel the defendant to reinstate the relator in the position of court crier for the County Court of Queens county.

*Thomas F. Magner* for appellant.

*John B. Merrill* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.